1  JOSEPH P. RUSSONIELLO (CSBN  44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163937)
   Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102
       Telephone: (415) 436-7324

7      Facsimile: (415) 436-6748
       email: Susan.B.Gray@usdoj.gov

8

   Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            )    **No.**    C 08-3346 MEJ
                                         )
13                      Plaintiff,       )
                                         )
14              v.                       )    **COMPLAINT FOR FORFEITURE**
                                         )
15  1. APPROXIMATELY $17,872 IN UNITED   )
    STATES CURRENCY;                     )
16                                       )
    2. 2003 CHEVROLET CORVETTE Z 206, VIN )
17  # 1G1YY12S135115402, CALIFORNIA      )
    LICENSE # 5AIE270;                   )
18                                       )
    3.1998 ULTRA CUSTOM MOTORCYCLE,      )
19  VIN# 19ZWS31A7WROOO879, CALIFORNIA   )
    LICENSE # 17B9838;                   )
20                                       )
    4. 2005 HONDA CBR 1000 MOTORCYCLE,   )
21  VIN #JH2SC57185M100611, CALIFORNIA   )
    LICENSE # 17R3273                    )
22                                       )
    5. 2006 YAMAHA YZF R1 MOTORCYCLE,    )
23  VIN # JYARN15Y06A00026, CALIFORNIA   )
    LICENSE # 18J0411                    )
24                                       )
    6. APPROXIMATELY $21,332.72 IN FUNDS )
25  SEIZED FROM BANK OF AMERICA          )
    ACCOUNT # ******4508;                )
26                                       )
    7. APPROXIMATELY $2,604.93 IN FUNDS  )
27  SEIZED FROM BANK OF AMERICA          )
    ACCOUNT # ******6940;                )
28                                       )
    8. APPROXIMATELY $6,706.00 IN FUNDS  )
    SEIZED FROM BANK OF AMERICA          )

1  ACCOUNT # ******6897;                    )
                                            )
2  9. APPROXIMATELY $12,036.40 IN FUNDS     )
   SEIZED FROM BANK OF AMERICA              )
3  ACCOUNT # *****6910;                     )
                                            )
4  10. APPROXIMATELY $7,871.00 IN UNITED    )
   STATES CURRENCY;                         )
5                                           )
   11. 2006 HONDA CBR 100RR MOTORCYCLE      )
6  VIN # JH2SC57166M200952, LIC. # 18F7883. )
                                            )
7                  Defendants.              )
                                            )
8  _____  )

9        In this in rem forfeiture action, the United States alleges:

10                            **JURISDICTION**

11       1.    This Court has jurisdiction under Title 28, United States Code, Sections 1345 and

   1355 and Title 21, United States Code, Section 881.

12                             **PARTIES**

13       2.    Plaintiff is the United States of America.

14       3.    The in rem defendants are described as follows:

15            1.  APPROXIMATELY $17,872 IN UNITED STATES CURRENCY;

16            2.  2003 CHEVROLET CORVETTE Z 206, VIN # 1G1YY12S135115402,
17                CALIFORNIA LICENSE #5AIE270;

18            3.  1998 ULTRA CUSTOM MOTORCYCLE, VIN # 19ZWS31A7WROOO879,
19                CALIFORNIA LICENSE #17B9838;

20            4.  2005 HONDA CBR 1000 MOTORCYCLE, VIN # JH2SC57185M100611,
                  CALIFORNIA LICENSE # 17R3273;
21
             5.  2006 YAMAHA YZF R1 MOTORCYCLE, VIN # JYARN15Y06A00026,
22                CALIFORNIA LICENSE # 18J0411;

23            6.  APPROXIMATELY $21,332.72 IN FUNDS SEIZED FROM BANK OF
24                AMERICA ACCOUNT # ******4508;

25            7.  APPROXIMATELY $2,604.93 IN FUNDS SEIZED FROM BANK OF
                  AMERICA ACCOUNT # ******6940;
26
             8.  APPROXIMATELY $6,706.00 IN FUNDS SEIZED FROM BANK OF
27                AMERICA ACCOUNT # ******6897;

28            9.  APPROXIMATELY $12,036.40 IN FUNDS SEIZED FROM BANK OF

**1**

AMERICA  ACCOUNT # ******6910;

**2**

10.  APPROXIMATELY $7,871.00 IN UNITED STATES CURRENCY;

**3**

11.  2006 HONDA CBR 1000RR MOTORCYCLE,VIN # JH2SC57166M200952,
LIC. #   18F7883.

**4**

**5**

The defendants are currently in the custody of the United States Marshals Service in the

**6**

Northern District of California.  Defendants 1, 2, 3, 4 and 5 were seized during the execution of a

**7**

search warrant at the residence of John Denn on May 2, 2007. Defendant 6 consists of

**8**

approximately $21,332.72 in funds seized on May 3, 2007, from a Bank of America account in

**9**

the name of John Denn pursuant to an Order for Seizure of Assets.  Defendants 7, 8, and 9 consist

**10**

of approximately $21,347.93 seized from three Bank of America bank accounts on September 12,

**11**

2007, pursuant to an Order for Seizure of Assets.  Defendants 10 and 11 were seized on August

**12**

23, 2007, during a probation search at the residence of John Denn.

**13**

4.       There is probable cause to believe that the <u>in rem</u> defendant funds and currency,

**14**

constitute proceeds of drug trafficking and/or were used to facilitate the sale and distribution of

**15**

controlled substances and are thus subject to forfeiture, pursuant to Title 21, United States Code,

**16**

Section 881(a)((6).  There is probable cause to believe that the <u>in rem </u>defendant vehicle and

**17**

motorcycles constitute proceeds of drug trafficking and are thus subject to forfeiture, pursuant to

**18**

Title 21, United States Code, Section 881(a)(6).

**19**

**VENUE**

**20**

5.       Venue lies in the Northern District of California, pursuant to Title 28, United

**21**

States Code, Sections 1355(b) and 1395, as acts giving rise to this <u>in rem</u> action occurred in this

**22**

district and the defendant funds are located in this district.

**23**

**INTRADISTRICT ASSIGNMENT**

**24**

6.       This matter arises in Contra Costa County because a substantial part of the events

**25**

which give rise to the plaintiff's claims occurred in that county. Assignment in Oakland or San

**26**

Francisco is proper.

**27**

**FACTS**

**28**

7.       Plaintiff incorporates by reference the allegations of paragraphs one through six as

COMPLAINT FOR FORFEITURE                                                                              3

1   though fully set forth herein.

2       8.      On May 2, 2007, the Pleasanton Police Department executed a state search warrant

3   at 18300 Vineyard Road, Castro Valley, California, the residence of John Denn (hereinafter

4   "Denn") and his girlfriend Christina Lehn.  Denn was advised of his Miranda rights and agreed to

5   speak with law enforcement.

6       9.      Denn stated that he has been selling methamphetamine, cocaine, and marijuana

7   from his home for the past 10 years.  He earns between $4,000 and $12,000 a week selling

8   methamphetamine, $400 a week selling cocaine, and $1,000 a week selling marijuana.  Denn said

9   he uses the money he makes selling drugs to pay all of his monthly expenses, including the

10  mortgages on three homes, credit cards, home equity loans and utilities.  Denn also stated that he

11  does not have any type of legitimate income and that he is unemployed.

12      10.     Denn explained that he had purchased a Chevrolet Corvette, a Chevrolet

13  Silverado, a Chris Craft boat, a Yamaha Wave Runner, a Yamaha motorcycle, a Honda

14  motorcycle, and an Ultra motorcycle with drug proceeds.  Denn stated that he deposits drug

15  proceeds into Bank of America checking and savings accounts that are in his name.

16      11.      Denn stated that he keeps drugs and drug proceeds hidden in his office.  During

17  the course of the search of the office, law enforcement officers discovered a baggie containing

18  approximately 13.6 grams of methamphetamine, packaging materials, and a scale.  Officers

19  recovered $10,640 in cash from a desk drawer and $34.00 in cash from the top of the desk.  The

20  total amount seized from the desk was $10,674.

21      12.     During the search of the downstairs bedroom the officers found $7,000 on the top

22  of a bookshelf.  In the living room officers found three plastic bags hidden in the pool table which

23  contained the following amounts of illegal narcotics: approximately 28.7 grams of cocaine,

24  approximately 27.8 grams of methamphetamine, and approximately 1.5 grams of

25  methamphetamine.  During a search of the safe in the upstairs master bedroom officers found

26  $198 in cash.

27      13.     On May 4, 2007, DEA Special Agent Brian Keenan took the $10,674 in cash

28  seized from the desk in Denn's residence to the Bank of America where it was counted.  The

COMPLAINT FOR FORFEITURE                                                                    4

1  currency was in the following denominations: $1 x 4, $5 x 4, $10 x 5, $20 x 185, $50 x 14, $100 x

2  62.  On May 4, 2007 DEA Special Agent Brian Keenan took also took the $7,000 in cash seized

3  from the downstairs bedroom of Denn's residence and the $198.00 in cash seized from the safe in

4  the upstairs master bedroom of Denn's residence to the Bank of America where it was counted.

5  The $7,000 in cash was in the following denominations: $100 x 70.  The $198.00 in cash was in

6  the following denominations: $1 x 6, $2 x 1, $5 x 2, $5 x 2, $10 x 1, $20 x. 1, $50 x. 1, $100 x 1.

7  These funds were converted into Bank of America Cashier's checks and Special Agent Brian

8  Keenan delivered the checks to the United States Marshal's Service.  The $10,674, the $7,000 and

9  the $198.00 seized from Denn's residence constitutes the defendant $17,872.

10 .       14.      During the course of the search officers found and seized the following automobile

11 and motorcycles:

12          a .  2003 Chevrolet Corvette, VIN # 1G1YY12S135115402, California License # 5AE270,

13 registered to John Denn at 18300 Vineyard Road, Castro Valley, California;

14          b.  1998 Ultra custom motorcycle, VIN #19ZWS31A7WR000879, California license #

15 17B9838 registered to John Denn at 18300 Vineyard Road, Castro Valley, California; 2006;

16          c.  Yamaha YZFR1 motorcycle, VIN # JYARN15Y06A000026, California License #

17 18J0411 registered to John Denn at 183 Vineyard Road, Castro Valley, California;

18          d.  2005 Honda CBR1000 motorcycle, VIN # JHSC5718M100611, California license #

19 17R3273, registered to John Denn at 183 Vineyard Road, Castro Valley, California.

20          15.      During the search of the John Denn's residence, Pleasanton police found

21 documentation of three bank accounts in the name of John Denn: Bank of America CD account #

22 ****4508 in the amount of $21,332.72, Bank of America checking account # ******0573 in the

23 amount of $4, 526.77 and Bank of America savings account # ******3896 in the amount of

24 $12,097.91.

25          16.      On May 3, 2007, Detective Manny Basbas of the Pleasanton police department

26 obtained a state seizure order.  The order was served on the Bank of America located at 3067

27 Castro Valley Boulevard, Castro Valley, California, and the following funds were seized:

28 $21,33.72 from Bank of America CD account #******4508, $4,526.77 from Bank of America

1  checking account # ******0573,  and $12,097 from Bank of America savings account #

2  *******3896.  These funds were combined and converted into a Bank of America Cashier's check

3  in the amount of $37,957.40. The check was deposited with the United States Marshal's Service.

4  The $4,526.77 and $12,097 have been administratively forfeited.

5         17.    During the course of his interview, Denn told officers that Christina Lehn was his

6  girlfriend and that she had been living at his residence for 6 years.  Denn said that Lehn is aware

7  that he sells drugs from his home, but that she does not condone it and has never taken part in any

8  of his drug transactions.  He added that all of the drugs and money seized from his home were his

9  property.

10        18.    Christina Lehn was advised of her Miranda rights, waived them and was

11 interviewed on May 2, 2007, by Detective Maria  Munayer. She said she had been living with

12 Denn for six years.  Within one year of moving into Denn's house, she became aware that Denn

13 sold drugs for profit. She said she did not condone Denn's drug business and she has never taken

14 part in any of his drug transactions.  Lehn stated she had no knowledge of any drugs or large

15 quantities of money inside the house.  She claimed no ownership of any of the assets seized.  She

16 signed a disclaimer of ownership and/or interest of the $17,872 in United States currency seized

17 from the house and funds seized from the Bank of America checking, savings and CD accounts

18 that officers had found indicia of at the house.

19        19.  On August 23, 2007, law enforcement officers conducted a state probation search at the

20 residence of Denn, located at 18300 Vineyard Road, Castro Valley, California.

21        20.  During the course of the search, officers discovered approximately 390.8 grams of

22 methamphetamine hidden under an outdoor spa. The methamphetamine was packaged in clear

23 ziplock bags.

24        21.  In a downstairs office of the residence, the officers discovered approximately

25 $4,010.00 in cash in the top right desk drawer, $3,127.00 in cash in Bank of America check books

26 found in the office desk.  On the desk, officers found indicia in the name of Denn, and an open box

27 of sandwich style plastic bags which were similar to the plastic bags used to package the

28 methamphetamine found under the outdoor spa.  Immediately behind the desk, officers found two

COMPLAINT FOR FORFEITURE                                                        6

1  operable gram weight scales.  Officers also discovered bank and financial statements. Officers also

2  discovered $57.00 in cash in the master bedroom and $677.00 in cash in Denn's wallet.  The

3  $4,010.00, the $3,127.00, the $677.00, and the $57.00 seized from Denn and his residence

4  constitute defendant $7,871.00.

5      22.   During the probation search of Denn's residence officers found documentation of

6  three bank accounts: Bank of America checking account #******6940 in the amount of $2,604.93,

7  Bank of America checking account # ******6897 in the amount of $6,706.60, and Bank of

8  America checking account # ******6910 in the amount of $12,036.40.

9      23.   On August 27, 2007, Detective Brian Anthony of the Pleasanton police department

10  obtained a state seizure order for those accounts.  The order was served on the Bank of America

11  located at 1400 East 14th Street, San Leandro, California, and the following funds were seized:

12  $2,604.93 from Bank of America checking account # ******6940, $6,706.60 from Bank of

13  America checking account # ******6897, $12,0360.40 from Bank of America checking account #

14  ******6910.  These funds were combined and converted into a Bank of America Cashier's check

15  in the amount of $21,347.93.  The check was deposited with the United States Marshal's Service

16      24.   During the probation search, officers also discovered a 2006 Honda CBR 1000RR

17  Motorcycle, VIN # JH2SC57166M200952, License # 18F7883.  Based on Denn's lack of any

18  apparent legitimate income, his May 2, 2007 statements regarding his drug trafficking and

19  illegitimate income, and the evidence of his continuing drug trafficking activity, officers seized the

20  motorcycle as proceeds of illegal narcotics sales.

21      25.   On August 23, 2007, Denn was arrested for possession for sale of controlled

22  substances in violation of California Health and Safety Code §11378, among other offenses.

23  Following his arrest, Denn was read his Miranda rights and agreed to speak with officers.  He said

24  that after his business burned down in November 2006 he had no other means of income so he

25  turned to selling methamphetamine.  Denn admitted that all of the cash found in his home office

26  were proceeds from drug sales.

27  //

28  //

**CLAIM FOR RELIEF**
**21 U.S.C. § 881(a)(6)**

26.    Plaintiff incorporates by reference the allegations of paragraphs one through twenty-five as though fully set forth.

27.    Title 21, United States Code, Section 881(a)(6) provides, in part, for the forfeiture of all monies or other things of value furnished or intended to be furnished  by any person in exchange for a controlled substance, all proceeds traceable to such an exchange, and all monies used or intended to be used to facilitate the distribution and possession with the intent to distribute a controlled substance, including violations of Title 21, United States Code, Sections 841 and 846.

28.    In light of the foregoing, and considering the totality of the circumstances, there is probable cause to believe that the defendant funds and currency represent moneys furnished or intended to be furnished to another person in exchange for a controlled substance, constitutes proceeds derived from such an exchange, and was used or intended to be used to facilitate an offense, in violation of Title 21, United States Code, Sections 841(a) and 846, and thus subject to forfeiture under Title 21, United States Code, Section 881(a)(6). In light of the foregoing, and considering the totality of the circumstances, there is probable cause to believe that the defendant vehicle and motorcycles constitute proceeds of drug trafficking and are thus subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6).

//
//
//
//
//
//
//
//
//
//

COMPLAINT FOR FORFEITURE                                                          8

1

**PRAYER FOR RELIEF**

2      WHEREFORE, Plaintiff prays that due process issue to enforce the forfeiture of the

3  defendant properties, that due notice be given to all interested parties to appear and show cause

4  why the forfeiture should not be decreed, that judgment of forfeiture be entered against said

5  property, and that Plaintiff be awarded such relief as may be proper and just.

6  Dated:_7/10/08_____                              Respectfully submitted,

7

8                                                        _____/S/_____

9                                                        STEPHANIE HINDS
                                                         Assistant United States Attorney
10

11  _____/S/_____

12  AUSA assigned S. Gray

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR FORFEITURE                                                              9

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
                                          )    <u>VERIFICATION</u>
CITY AND COUNTY OF SAN FRANCISCO          )
                                          )

I, Brian Keenan, state as follows:

    1.     I am a Special Agent for the Drug Enforcement Administration.  I am familiar with the facts in the investigation leading to the filing of this Complaint for Forfeiture.

    2.     I have read the Complaint for Forfeiture and based upon my participation in the investigation, review of relevant investigative reports, review of documentary evidence, and discussions with other persons involved in the investigation,  I believe that the allegations contained therein are true.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


    Executed this _____ day of July, Oakland, California.


                              /S/
                              Brian K. Keenan
                              Special Agent
                              Drug Enforcement Administration