1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163937)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7324
7      Facsimile: (415) 436-6748
       email: Susan.B.Gray@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,              )
                                          )
13                    Plaintiff,          )
                                          )
14              v.                        )
                                          )   **No.**   C 08-3346 MEJ
15 1   APPROXIMATELY $17,872 IN UNITED    )
       STATES CURRENCY;                   )
16                                        )
   2.  2003 CHEVROLET CORVETTE Z 206, VIN # )
17     1G1YY12S135115402, CALIFORNIA      )   **PUBLIC NOTICE OF**
       LICENSE # 5AIE270;                 )   **FORFEITURE ACTION**
18                                        )
   3   1998 ULTRA CUSTOM MOTORCYCLE, VIN# )
19     19ZWS31A7WROOO879, CALIFORNIA      )
       LICENSE # 17B9838;                 )
20                                        )
   4.  2005 HONDA CBR 1000 MOTORCYCLE, VIN )
21     #JH2SC57185M100611, CALIFORNIA     )
       LICENSE # 17R3273;                 )
22                                        )
   5.  2006 YAMAHA YZF R1 MOTORCYCLE, VIN )
23     # JYARN15Y06A00026, CALIFORNIA     )
       LICENSE # 18J0411;                 )
24                                        )
   6.  APPROXIMATELY $21,332.72 IN FUNDS  )
25     SEIZED FROM BANK OF AMERICA        )
       ACCOUNT # 0437204508;              )
26                                        )
   7.  APPROXIMATELY $2,604.93 IN FUNDS   )
27     SEIZED FROM BANK OF AMERICA        )
       ACCOUNT # 0437516940;              )
28

| | |
|---|---|
| 8. APPROXIMATELY $6,706.00 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT # 0437866897; | ) ) ) ) |
| 9. APPROXIMATELY $12,036.40 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT # 437866910; | ) ) ) ) |
| 10. APPROXIMATELY $7,871.00 IN UNITED STATES CURRENCY; and | ) ) ) |
| 11. 2006 HONDA CBR 100RR MOTORCYCLE VIN # JH2SC57166M200952, LIC. # 18F7883. | ) ) ) |
| Defendants. | ) ) |

A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section § 881 was filed on July 11, 2008 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant property.

In order to contest forfeiture of the *in rem* defendant property, any person who asserts an interest in or right against the property must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on David B. Countryman, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 7/10/08          /S/
SUSAN B. GRAY
Assistant United States Attorney