| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163937)<br>Chief, Criminal Division |
| 4 | SUSAN B. GRAY (CSBN 100374)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7324 |
| 7 | Facsimile: (415) 436-6748<br>email: Susan.B.Gray@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No.**   C 08-3346 MEJ |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| 1. APPROXIMATELY $17,872 IN UNITED STATES CURRENCY; | ) | |
| 2. 2003 CHEVROLET CORVETTE Z 206, VIN # 1G1YY12S135115402, CALIFORNIA LICENSE # 5AIE270; | ) | |
| 3. 1998 ULTRA CUSTOM MOTORCYCLE, VIN# 19ZWS31A7WROOO879, CALIFORNIA LICENSE # 17B9838; | ) | |
| 4. 2005 HONDA CBR 1000 MOTORCYCLE, VIN #JH2SC57185M100611, CALIFORNIA LICENSE # 17R3273 | ) | |
| 5. 2006 YAMAHA YZF R1 MOTORCYCLE, VIN # JYARN15Y06A00026, CALIFORNIA LICENSE # 18J0411 | ) | |
| 6. APPROXIMATELY $21,332.72 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT # ******4508; | ) | |
| 7. APPROXIMATELY $2,604.93 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT # ******6940; | ) | |

8. APPROXIMATELY $6,706.00 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT # ******6897;

9. APPROXIMATELY $12,036.40 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT # *****6910;

10. APPROXIMATELY $7,871.00 IN UNITED STATES CURRENCY;

11. 2006 HONDA CBR 100RR MOTORCYCLE VIN # JH2SC57166M200952, LIC. # 18F7883.

                        Defendants.

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

    1. Government Complaint for Forfeiture;

    2. Warrant of Arrest of Property *In Rem;*

    3. Public Notice of Forfeiture Action;

    4. Case Management Standing Order;

    5. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;

    6. ECF Registration Information Handout;

    7. Notice of Assignment to of Magistrate Judge fir /truak to Exercise Jurisdiction; and

    8. Booklet Entitled "Dispute Resolution Procedures in the Northern District of California

to be served this date via certified  mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

///

COMPLAINT FOR FORFEITURE                        2

Victor Denn
c/o Jesse J. Garcia, Esq.
Garcia & Schnayerson
225 W. Winton Ave., Suite 208
Hayward, CA 94544

Christina Lehn
c/o Jesse J. Garcia, Esq.
Garcia & Schnayerson
225 W. Winton Ave., Suite 208
Hayward, CA 94544

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of July, 2008, at San Francisco, California.

/S/
ALICIA CHIN
Paralegal/ Asset Forfeiture Unit

Certificate of Service
C 08-3466 MEJ                                                                                                         3