GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California  94544
Telephone:  (510) 887-7445

JESSE J. GARCIA [061223]
Counsel for Claimant
JOHN DENN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>1-SEVENTEEN THOUSAND, EIGHT HUNDRED SEVENTY-TWO DOLLARS UNITED STATES CURRENCY ($17,872.00)<br><br>2-ONE 2003CHEVROLET CORVETTE Z06 VIN NUMBER 1G1YY12S135115402<br><br>3-ONE 1998 ULTRA CUSTOM MOTORCYCLE VIN NUMBER 19ZWS31A7WR000879,<br><br>4-ONE 2005 HONDA CBR1000 MOTORCYCLE VIN NUMBER JH2SC57185M100611,<br><br>5-ONE 2006 YAMAHA YZF R1 MOTORCYCLE | Case No. CV-08-3346<br><br>**VERIFIED CLAIM** |

VIN NUMBER JYARN15Y06A000026,

6-BANK OF AMERICA ACCOUNT
NUMBER 0437204508,
($21,332.72)

7-BANK OF AMERICA ACCOUNT
NUMBER 0437516940,
($2,604.93)

8-BANK OF AMERICA ACCOUNT
NUMBER 0437866897,
($6,706.60)

9-BANK OF AMERICA ACCOUNT
NUMBER 0437866910,
($12,036.40)

10-SEVEN THOUSAND EIGHT HUNDRED
SEVENTY ONE
DOLLARS AND 00/100
($7,871.00) in UNITED STATES
CURRENCY,

11-ONE 2006 HONDA CBR1000
MOTORCYCLE
VIN NUMBER JH2SC57166M200952,

    Defendant,

JOHN DENN,

                         Claimant .         /

      Pursuant to Rule C(6), supplemental Rules for Certain Admiralty and Maritime Claims, Claimant John Denn demands return of the defendant property,

and claims the right to defend this action. Claimant is the legal and rightful owner of the defendant property.

Attorney Jesse J. Garcia, is duly authorized to make this Verified Claim on behalf of Claimant, John Denn.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) with in this e-filed document.

Mr. John Denn has signed and timely filed verified claims for each defendant property. Mr. Denn is now deceased, having passed away on August 1, 2008. Mr. Denn's estate intends on pursuing this claim and will make a motion for substitution once an executor is appointed to the estate. It is anticipated that Mr. Denn's spouse, Mrs. Christina Denn, will be appointed as executor.

Dated: <u>August 26, 2008</u>

                                                Respectfully submitted,
                                                GARCIA, SCHNAYERSON

                                                <u>/s/ Jesse J. Garcia</u>
                                                JESSE J. GARCIA
                                                Counsel for Claimant
                                                JOHN DENN