United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-3346 MEJ |
| Plaintiff(s), | **ORDER VACATING APRIL 30, 2009 CMC** |
| vs. | |
| 1. APPROXIMATELY $17,872 IN UNITED STATES CURRENCY, et al., | **ORDER REQUESTING FURTHER BRIEFING** |
| Defendant(s). | |

The Court is in receipt of the parties Joint Case Management Statement, filed April 23, 2009. (Dkt. 13.) Upon review of the statement, the Court finds a cmc unnecessary at this time and hereby VACATES the April 30, 2009 Case Management Conference. However, the Court would like further briefing on the following issues:

1) Do the offices of Garcia, Schnayerson and Thompson represent the estate of John Denn?

2) If not, who does?

3) Do the offices of Garcia, Schnayerson and Thompson represent Christina Lehn, and if so what is the basis of her claim, i.e. were she and John Denn ever married, was she named in the will, etc.

4) Are there potential parties that have not consented to the undersigned magistrate

judge's jurisdiction, and could jurisdictional issues arise if the case proceeds as assigned without those parties?

Because these issues potentially affect the entire case, the Court ORDERS the parties to file a joint statement, no more than ten double-spaced pages in length, addressing these issues. The parties shall file their statement by May 21, 2009. The Court shall address the outstanding case management scheduling issues upon receipt of the parties' statement.

**IT IS SO ORDERED.**

Dated: April 24, 2009

MARIA ELENA JAMES
United States Magistrate Judge

2