IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-3346 MEJ |
| Plaintiff(s), | **ORDER FOR CLERK OF COURT TO REASSIGN CASE** |
| vs. | |
| 1. APPROXIMATELY $17,872 IN UNITED STATES CURRENCY, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties Supplemental Joint Case Management Statement, filed May 21, 2009. (Dkt. #15.) Given the potential magistrate judge jurisdictional issues that are present in this case, the Court finds it appropriate to have it reassigned to a district court judge. Accordingly, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge.

**IT IS SO ORDERED.**

Dated: May 22, 2009

MARIA-ELENA JAMES
United States Magistrate Judge